AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>Ledra A. Craig,<br><br><br>*Defendant(s)* | )<br>)<br>)  Case No.   4:20 MJ 3220 NCC<br>)<br>)  Signed and Submitted to the Court for<br>)  filing by reliable electronic means<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 2, 2020__ in the county of __St. Charles__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Sections 841(a)(1) and 841(b)(1)(C) | Distribution of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as fentanyl) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel G. Plumb, TFO, DEA

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41 this __3rd__ day of August, 2020

Date: __08/03/2020__

*Judge's signature*

City and state:     St. Louis, Missouri        Honorable Noelle C. Collins, U.S. Magistrate Judge

*Printed name and title*